UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LINDA VERNEL YOUNG,

    Plaintiff,

v.                                                          Case No. 6:17-cv-1042-Orl-37DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this social security appeal, Plaintiff seeks review of the Commissioner's decision to deny her social security disability benefits. (Doc. 1.) Specifically, Plaintiff argues that the administrative law judge ("**ALJ**") erred by failing to properly evaluate her allegations of pain and limitations. (Doc. 16, pp. 12–16.) On referral, U.S. Magistrate Judge Daniel C. Irick recommends that the Court affirm the Commissioner's final decision. (Doc. 17 ("**R&R**").) In support, Magistrate Judge Irick found that: (1) the ALJ applied the appropriate standard in evaluating Plaintiff's pain and limitations; and (2) substantial evidence supported the ALJ's credibility determination. (*Id.* at 3–8.) Thus, Magistrate Judge Irick rejects Plaintiff's assignment of error. (*Id.* at 8.)

The parties did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error,

-1-

the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 17) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The Commissioner's decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff Linda Vernel Young, and to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 15, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record